IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00096-PAB-23

UNITED STATES OF AMERICA,

    Plaintiff,

v.

23. ROBERT SCHAFFER,

    Defendant.

---

## ORDER

---

This matter is before the Court on the United States' Motion to Dismiss Remaining Counts [Docket No. 1108]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Remaining Counts [Docket No. 1108] is granted. Counts Two, Thirty-Nine, Fifty-Three, and Fifty-Six of the Second Superseding Indictment are dismissed as to defendant Robert Schaffer only.

DATED August 7, 2015.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge